UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

                          Plaintiffs,

-against-

Dune Suncare, Inc.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/22/2023_

23 Civ. 9286 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 24, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by December 19, 2023. ECF No. 5. Those submissions are now overdue. Accordingly, by **January 22, 2024**, the parties shall file a joint letter and jointly proposed case management plan.

    SO ORDERED.

Dated: December 22, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge